SPRATT v. SWEENEY & GRAY CO. et al. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of John Spratt against Sweeney & Gray Company, and another, insurer. No opinion. Motion granted. See, also, 153 N. Y. Supp. 505.

STAFFORD, Appellant, v. BROTHERHOOD OF R. TRAINMEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Lillian E. Stafford against the Brotherhood of Railroad Trainmen, impleaded with others. No opinion. Judgment affirmed, with costs.

STAFFORD v. STAFFORD. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Augusta C. Stafford against Frank B. Stafford; Kate Heins, corespondent, appellant. No opinion. Stay granted until the opening day of the September term of this court upon condition that the appellant be ready for argument and argue the appeal upon that day, or as soon as reached. See, also, 152 N. Y. Supp. 1144.

STARKE, Appellant, v. CATSKILL & ALBANY STEAMBOAT CO., Limited, et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Charles H. Starke against the Catskill & Albany Steamboat Company, Limited, and another. No opinion. Order affirmed, with $10 costs and disbursements.

STERN v. MUTUAL LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Caroline Stern against the Mutual Life Insurance Company and others. No opinion. Appellant must print and serve the pleadings in the action. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

STERN et al., Appellants, v. T. B. HARMS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Joseph W. Stern and others against the T. B. Harms Company and others. T. B. Richter, of New York City, for appellants. M. D. Josephson, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. Order filed.

STOCKMAN–FARMER PUB. CO. v. PORTER et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by the Stockman-Farmer Publishing Company against John B. Porter and another; Edward C. Beiser, respondent. No opinion. Judgment affirmed, with costs, upon the authority of Kelley v. Hurlburt, 5 Cow. 534; Imperial Shale Brick Co. v. Jewett, 169 N. Y. 143, 62 N. E. 167; and Davis v. Allen, 3 N. Y. 168.

STOKES, Respondent, v. NEW YORK CONSOL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Randolph Stokes, an infant, by Loretta Sayler, his guardian ad litem, against the New York Consolidated Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SULZBACH, Respondent, v. SIRY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Joseph T. Sulzbach, an infant, by Joseph F. Sulzbach, his guardian ad litem, against Christina A. Siry. No opinion. Order unanimously affirmed, with costs.

SUMNER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by David C. Sumner, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE and MERRELL, JJ., dissent upon the ground that whether plaintiff's intestate fell while standing beside the tracks as a traveler upon the highway, or as an intending passenger, she was in either event guilty of contributory negligence as matter of law.

SURE SEAL CO. v. LOEBER et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the Sure Seal Company against Charles C. Loeber and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

SUTERA, Appellant, v. ANCHOR LINE S. S. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Carla Sutera, as administratrix, etc., of Francesco Sutera, deceased, against the Anchor Line Steamship Company. No opinion. Order reversed, with $10 costs and disbursements, and motion to amend granted upon condition that the plaintiff, within 20 days, pay to the defendant the costs of the action to the date of the original making of the motion, and $10 costs of motion.

SWANCK, Appellant, v. NORTHERN CENT. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Ralph Swanck against the Northern Central Railway Company.

PER CURIAM. Order affirmed, with costs, unless the plaintiff within 20 days stipulates to reduce the verdict to $15,000; if such stipulation is filed, order is reversed, and verdict as so reduced is reinstated, and judgment directed thereon.

SMITH, P. J., and LYON, J., vote for affirmance.